ADAM PAUL LAXALT
Attorney General
COLLEEN L. PLATT
Deputy Attorney General
Nevada State Bar #11684
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1222
Facsimile: (775) 684-1108
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TROY CASTILLO,<br><br>  Plaintiff,<br><br>  vs.<br><br>KEVIN INGRAM, in his official capacity as Executive Director of the Nevada Private Investigator's Licensing Board; DAVID SPENCER, in his official capacity as Chairman of the Nevada Private Investigator's Licensing Board; MARK ZANE, in his official capacity as Board Member of the Nevada Private Investigator's Licensing Board; JAMES NADEAU, in his official capacity as a Board Member of the Nevada Private Investigator's Licensing Board; JAMES COLBERT, in his official capacity as a Board Member of the Nevada Private Investigator's Licensing Board; ROBERT UITHOVEN, in his official capacity as a Board Member of the Nevada Private Investigator's Licensing Board,<br><br>  Defendants. | Case No. 2:14–CV–00332-GMN–PAL<br><br>(Unopposed)<br>**MOTION FOR EXTENSION OF TIME**<br>**(First Request)**<br><br>**AND ORDER** |

State Defendants, KEVIN INGRAM, in his official capacity as Executive Director of the Nevada Private Investigator's Licensing Board; DAVID SPENCER, in his official capacity as Chairman of the Nevada Private Investigator's Licensing Board; MARK ZANE, in his official capacity as a Board Member of the Nevada Private Investigator's Licensing Board; JAMES NADEAU, in his official capacity as a Board Member of the Nevada Private Investigator's

-1-

Licensing Board; JAMES COLBERT, in his official capacity as a Board Member of the Nevada Private Investigator's Licensing Board; ROBERT UITHOVEN, in his official capacity as a Board Member of the Nevada Private Investigator's Licensing Board, appearing through their attorneys, ADAM PAUL LAXALT Attorney General and COLLEEN L. PLATT Deputy Attorney General, hereby submit this unopposed motion for an extension of time.

This unopposed motion is made pursuant to Rules 6(b) and (c) of the Federal Rules of Civil Procedure ("FRCP"), and is based upon the following Memorandum of Points and Authorities, together with all other papers, pleadings and documents filed herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.  NATURE OF MOTION

Plaintiff filed his Amended Complaint and a Motion for Preliminary Injunction on February 20, 2014. Defendants, Kevin Ingram, David Spencer, Mark Zane, James Nadeau and James Colbert and Robert Uithoven, all in their official capacities ("Board"), hereby request an extension of time in which to prepare a proper response to Plaintiff's Amended Complaint and Motion for Preliminary Injunction. Contact was made with counsel for Plaintiff on February 24, 2015, via electronic mail, inquiring if they would oppose to the extension, they responded that they would not oppose the extension of time. Deputy Attorney General Colleen Platt, counsel for the Board, has prior work obligations, which prohibit her from responding to both the Amended Complaint and Motion for Preliminary Injunction on or before March 9, 2015. This motion is requesting an additional 21 days, to March 30, 2015.

DATED this 26th day of February, 2015.

ADAM PAUL LAXALT
Attorney General

By:  s/ Colleen L. Platt
COLLEEN L. PLATT
Nevada State Bar #11684
Deputy Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
cplatt@ag.nv.gov
(775) 684-1222
*Attorneys for Nevada State Defendants*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  02/27/2015**

Attorney General's Office
100 N. Carson Street
Carson City, Nevada 89701-4717

-2-