ADAM PAUL LAXALT
Nevada Attorney General
RAELENE K. PALMER
Deputy Attorney General
Nevada Bar No. 8602
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
P: (702) 486-3420
F: (702) 486-3773
*Attorneys for Defendants, Kevin Ingram,
David Spencer, Mark Zane, James Nadeau,
James Colbert, and Robert Uithoven*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TROY CASTILLO, | Case No. 2:14-cv-00332-GMN-PAL |
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF CHANGE OF COUNSEL AND MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF NOTIFICATIONS** |
| KEVIN INGRAM; *et al.*, | |
| Defendants. | |

COME NOW, Defendants, Kevin Ingram, David Spencer, Mark Zane, James Nadeau, James Colbert, and Robert Uithoven, by and through counsel, Adam Paul Laxalt, Attorney General for the State of Nevada, and Raelene K. Palmer, Deputy Attorney General, and hereby notify the Court and respective parties that Deputy Attorney General Raelene K. Palmer has assumed responsibility for representing the interests of Defendants in this action. Accordingly, Defendants request all future correspondence and filings in the above-entitled action be sent to Deputy Attorney General Raelene K. Palmer, of the State of Nevada Office of the Attorney General, 555 East Washington Avenue, Suite 3900, Las Vegas, Nevada

///

///

///

-1-

89101 (E-mail: rpalmer@ag.nv.gov) and that former counsel, Deputy Attorney General Colleen L. Platt, be removed from the CM/ECF Service List and that notices of the proceedings in this matter, USDC Case No. 2:14-cv-00332-GMN-PAL, be discontinued to her.

DATED this 16th day of March, 2015.

Respectfully submitted,

ADAM PAUL LAXALT
Attorney General

By:   /s/ Raelene K. Palmer
RAELENE K. PALMER
Deputy Attorney General
Nevada State Bar No. 8602
*Attorneys for Defendants Kevin Ingram, David Spencer, Mark Zane, James Nadeau, James Colbert, and Robert Uithoven*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  March 18, 2015

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Office of the Attorney General and that on the 16th day of March, 2015, I served the foregoing, **DEFENDANT'S NOTICE OF CHANGE OF COUNSEL AND MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF NOTIFICATIONS**, by causing a true and correct copy thereof to be filed with the Clerk of the Court using the electronic filing system and by causing a true and correct copy thereof to be delivered to the Department of General Services, for mailing at Las Vegas, Nevada, addressed to the following:

TIMOTHY SANDEFUR, Cal. Bar No. 224436*
ANASTASIA P. BODEN, Cal. Bar No. 281911*
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
*pro hac vice

LEE IGLODY, Nev. Bar No. 7757
Iglody Hulet PLLC
7450 Arroyo Crossing Parkway, Suite 270
Las Vegas, Nevada 89113

*Attorneys for Plaintiff, Troy Castillo*

By: ___/s/ Debra Turman___
DEBRA TURMAN
An employee of:
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101